IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR., | No. C 11-4637 LHK (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNKNOWN, | |
| Defendant. | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/27/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\pro-se\sj.lhk\cr.11\Broussard637jud